```
                                              *** GRID F08 ***
COMB RETIRED   CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                              PAGE 1
CR-84-00164-01                              CR-84-00164-01
              US-V-RUFFIN
                    as of 09/21/87 at 10:42 PM
------------------------------------------------------------------
```

Judge: JUDGE PRATT                            Case Filed: 05/03/84

Defendant:

D1    RUFFIN, JOHN, JR                        Birthdate: ██████

    Dft ID: -1598

    Defendant terminated: 04/19/85

    Terminated counts:         Disposition
      Rape, 22 DCC 2801 (3)     (Count 3) Eight (8) to twenty
                                     four (24) years. Said
                                     sentence to run consecutive
                                   to any time the defendant
                                   presently owes. Court
                                   recommends drug treatment.
                                   Defendant remanded. (Rep:
                                   V. Marshall) (04/19/85)
      Kidnapping, 18:1201 (1),   (Counts 1-2,4-5) Dismissed.
        Kidnapping, 22 DCC 2101 (2),  04/19/85
        Robbery: Other, 22 DCC
        2901 (4), Assault:
        Aggravated or felonious --
        Assault with a dangerous
        weapon., 22 DCC 502 (5)

    Offense Level (disposition): FEL

    Total Jail: 288 Mo

    Defense Counsel:
      LYONS, JAMES L
      1919 PENNSYLVANIA AVENUE, N. W., SUITE 702
      WASHINGTON, DC  20006
      785-8292

    U S Attorneys:
      SHMANDA, THEODORE A
      633-4974

..................................................................

```
                                        *** GRID G08 ***
COMB RETIRED  CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                            PAGE 2
CR-84-00164-01                            CR-84-00164-01
              US-V-RUFFIN
                         PROCEEDINGS
```

| Date | Proceedings |
|---|---|
| 05/03/84 | Filed indictment (Grand Jury Original.) (Dkt'd 10/01/84). <br> - Category D. (Dkt'd 10/01/84). <br> Case assigned to JUDGE PRATT (Dkt'd 10/01/84). <br> US Attorney SHMANDA, THEODORE A added to case (Dkt'd 10/01/84). <br> Order bench warrant issued (Bail set in the amount of $100,000.00.) (MAGISTRATE DWYER) (Dkt'd 10/01/84). <br> Bench warrant issued (Dkt'd 10/01/84). <br> Order indictment sealed (MAGISTRATE DWYER) (Dkt'd 10/02/84). |
| 09/19/84 | Motion by government filed (MOT#1) (to unseal the indictment.) (Dkt'd 10/01/84). <br> Order indictment unsealed ((N)) (JUDGE PRATT) (Dkt'd 10/02/84). <br> Motion by government granted (MOT#1) (to unseal the indictment.) (JUDGE PRATT) (Dkt'd 10/01/84). |
| 10/24/84 | Petition for writ of habeas corpus ad prosequendum (for production of defendant on 12/10/84 for the purpose of arraignment on indictment.) (JUDGE PRATT) (Dkt'd 10/26/84). <br><br> Issued writ of habeas corpus ad prosequendum (Dkt'd 10/26/84). |
| 11/15/84 | Arraignment held (Counts 1,2,3,4,5) (MAGISTRATE DWYER) (Dkt'd 11/20/84). <br> Defendant's first appearance (Dkt'd 11/20/84). <br> Defendant appears with counsel (Dkt'd 11/20/84). <br> Defendant enters plea of not guilty (Counts 1,2,3,4,5) (Dkt'd 11/20/84). <br> Status hearing set for 11/20/84 (before Judge Pratt. Surety bond set in the amount of $20,000.00 and NOT MADE. Defendant committed.) (MAGISTRATE DWYER) (Dkt'd 11/20/84). <br> Defendant committed. Commitment issued ($20,000.00 Surety Bond set and not made.) (MAGISTRATE DWYER) (Dkt'd 11/20/84). |
| 11/20/84 | Motion by government filed (MOT#2) (to compel defendant to submit to taking of head and pubic hair samples.) (Dkt'd 11/23/84). <br> Order filed (Directing the defendant to submit to the taking of head and pubic hear samples by Special Agents of the FBI in the District Court Cellblock. (N)) (JUDGE PRATT) (Dkt'd 11/23/84). <br> Motion by government granted (MOT#2) (to compel defendant to submit to taking of head and pubic hair samples.) (JUDGE PRATT) (Dkt'd 11/23/84). <br> Status hearing held (Dkt'd 11/23/84). |

\*\*\* GRID H08 \*\*\*
COMB RETIRED   CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
PAGE 3
CR-84-00164-01                                          CR-84-00164-01
                US-V-RUFFIN
                        PROCEEDINGS

|            |                                                                                                                                                                                                                                                                                              |
|------------|------|

Status hearing set for 12/14/84 @ 9:30 AM (before Judge Pratt. Defendant allowed until 12-10-84 to file motions. Defendant remanded. (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd 11/23/84).

11/21/84    Order appointing attorney LYONS, JAMES L to represent defendant (Dated 11-15-84. @ 800516.) (MAGISTRATE DWYER) (Dkt'd 11/23/84).

12/10/84    Motion to suppress statement/testimony filed (MOT#3) (Counts 1,2,3,4,5) (by defendant. Memorandum o Points and Authorities.) (Dkt'd 12/12/84).
            Mark the beginning of a potential excludable period of type X-E starting on 12/10/84 ((In re MOTFST on 12-10-84)) (Dkt'd 12/12/84).

12/14/84    Status hearing held (Dkt'd 12/18/84).
            Motion made in open court (MOT#4) (by defendant for an examination and report from St. Elizabeth's Hospital.) (Dkt'd 12/18/84).
            Motion granted (MOT#4) (by defendant for an examination and report from St. Elizabeth's Hospital. Defendant remanded. (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd 12/18/84).
            Order psychiatric/physical evaluation/examination (Committing defendant forthwith to St. Elizabeth's Hospital for a period not to exceed sixty (60) days for examination and report to the Court by the psychiatric staff. (N)) (JUDGE PRATT) (Dkt'd 12/18/84).
            Mark the beginning of a potential excludable period of type X-A starting on 12/14/84 ((In re ORDPSYXM on 12-14-84)) (Dkt'd 12/18/84).

01/30/85    Psychiatric/physical evaluation report received (Letter from Thomas J. Polley of St. Elizabeth's Hospital dated 1-29-85 in re: defendant's current mental status.) (Dkt'd 01/31/85).
            Excludable delay resulting from psychiatric/physical competency examination began on 12/14/84 and ended on 01/30/85 (Dkt'd 01/31/85).

02/07/85    Status hearing held (Defendant has no objection to the report of St. Elizabeth's Hospital. Court finds defendant competent for trial.) (Dkt'd 02/11/85).
            Defendant withdraws plea of not guilty (Counts 1-5) (Dkt'd 02/11/85).
            Defendant enters plea of guilty (Count 3) (Dkt'd 02/11/85).

            Referred to Probation Office for pre-sentence report (Count

```
                                   *** GRID I08 ***
COMB RETIRED   CRIMINAL DOCKETSDC(DIST. OF COLUMBIA) 04/23/91
                                                          PAGE 4
CR-84-00164-01                         CR-84-00164-01
               US-V-RUFFIN
                          PROCEEDINGS
               3) (Before Judge Pratt.  Defendant remanded. (Rep: V.
                  Marshall)) (JUDGE PRATT) (Dkt'd 02/11/85).
               Excludable delay due to hearings on Pretrial Motions began
                  on 12/10/84 and ended on 02/07/85 (Dkt'd 02/11/85).

04/01/85       Sentencing set for 04/19/85 @ 9:30 AM (Count 3) (before
                  Judge Pratt.) (Dkt'd 04/02/85).

04/17/85       - Defendant's Memorandum on Sentencing. (Dkt'd 04/18/85).

04/19/85       Sentencing of defendant (Count 3) (Eight (8) to twenty four
                  (24) years.  Said sentence to run consecutive to any time
                  the defendant presently owes.  Court recommends drug
                  treatment.  Defendant remanded.  (Rep: V. Marshall)) (JUDGE
                  PRATT) (Dkt'd 04/23/85).
               Dismissed (Counts 1-2,4-5) (JUDGE PRATT) (Dkt'd 04/23/85).
               Notice filed.(Receipt and acknowledgement of presentence
                  investigation report.) (Dkt'd 04/23/85).
               Order filed (Directing the U.S. Marshal to transport
                  defendant forthwith back to the jurisdiction from which he
                  first came, Richmond City Jail, Richmond, Virginia. (N))
                  (JUDGE PRATT) (Dkt'd 04/23/85).
               Issued judgment and commitment to U.S. Marshal (Count 3)
                  (JUDGE PRATT) (Dkt'd 04/23/85).

04/29/85       Filed bench warrant returned unexecuted (Dkt'd 04/30/85).
..................................................................
   End of docket
```